150 P.3d 1281

# SUPREME COURT OF HAWAI'I

**December 29, 2006**

| 26975 | Cummings v. State | Affirmed |

**January 22, 2007**

| 27559 | Alaka'i Na Keiki, Inc. v. Hamamoto | Affirmed |

**February 6, 2007**

| 26919 | Kearney v. Administrative Director of Courts | Affirmed |

**February 7, 2007**

| 26495 | State v. Warren Won Ho Ke | Affirmed |